## UNITED STATES DISTRICT COURT

### FOR THE WESTERN DISTRICT OF TENNESSEE

### AT MEMPHIS

| | |
|---|---|
| MONOLITO B. COOPER, | ) |
| Plaintiff in this action | ) |
| | ) |
| | ) Civil Case No:_____ |
| vs. | ) |
| | ) |
| Tennessee Department of Correction et., seq., | ) |
| Derrick Schofield, | ) |
| Corrections Corporation of America et., seq., | ) |
| Cherry Lindamood, | ) |
| Buddy Davis, Sgt. Brown,Daniel Baker, | ) |
| Jerry Clark, David Patterson, Doug Cook, | ) |
| Burt Boyd, Robert Stith, Jeffery Breeding, | ) |
| Sgt. Burgess, James Holloway, Sgt. Brantly, | ) |
| Elizabeth Binkley, Rhonda Staggs, C/O Bright, | ) |
| Sgt. Gonzales, Dr. Steadman. | ) |
| Respondents | ) |
| | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (42 U.S.C. SECTION 1983)

### I. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal Court dealing with the same facts in this action or otherwise relating to your imprisonment?          **YES**

(B) If your answer to A is yes, describe the lawsuit in the space below.

Plantiff(s): Monolito B. Cooper

Defendant(s): Patricia Stewart, Derrick Schofield, Elizabeth Binkley, Gail Gaines, Candace Whisman, James Holloway.

2. COURT: (If federal court, name the district; if state court, name the county):

Davidson Co. Chancery Court

3. DOCKET NUMBER: 15-1490-IV

4. Name of Judge to whom case was assigned: Perkins, Russell T.

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit: 12-14-2015

7. Approximate date of disposition: 12-14-2016

II. PLACE OF PRESENT CONFINEMENT: South Central Correctional facility

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

1. What steps did you take? filed the grievance on the situation To No Avail

2. What was the result? was told matter is nongrievable

D. If your answer to B is NO, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (X) NO ( )

F. If your answer is YES,

1. What steps did you take? Spoke to Case manager Jackson and unit manager Rhonda Staggs & wrote warden Lindamood

2

2.) What was the result? Was Told I had to go to the compound or get continuous disciplinaries, Nothing was done.

III  In Item A place your name in the first blank and place your present address in the second blank)

A. Name of plantiff: monolito B. Cooper
present address: P.o. Box 279, 555 Forrest Ave. Clifton Tn. 38425
Permanent home address: 331 7th Ave Dayton, Tn. 37321
Address of nearest Relative: 698 Rocky springs Rd. Lt 3A Spring city, Tn. 37381

In Item B place Full name of Defendant (if known) in the first blank, his official position in the second blank and his place of Employment in the third and the same for all additional Defendants.

B) Defendant: Jerry Clark
   official position: Inmate Relations Coordinator
   Place of Employment: Bledsoe co. correctional complex (Bccx)
C) Additional Defendants: (Buddy Davis unit manager, Bccx); (Sgt. Brown, Yard Sergeant Bccx); (Daniel Baker captain Bccx); (David Patterson Correctional officer Bccx); (Doug cook, warden Bccx) (Burt Boyd warden of operations Bccx) (Robert Stith Internal Affairs Sgt. Bccx); (Jeffery Breeding Inmate Relations Coordinator Bccx) (Sgt. Burgess Disciplinary Sgt. Bccx); (Derricker Schofield. Commissioner TDoc) (James Holloway warden West Tn. State Prison wTSP) (Elizabeth Binkley counselor wTSP); (Cherry Lindamood warden South Central Corr. Fac.); (Rhonda Staggs unit manager SCCF); (Sgt. Brantley 1st shift Sgt. SCCF) (Sgt. Gonzales Sgt. D-Board SCCF) (% Bright 1st shift % SCCF); (Dr. Steadman mental health SCCF)
IV. Statement of Claim: This begin at Bccx and from there To wTSP and has led to the plantiff's present location of incarceration at SCCF,

(3)

I approached Sgt. Brown 2nd shift Sgt. Concerning Inmate Relations Counselor Jerry Clark whom is Employed by (T.DOC.) Tennessee Department of Corrections at (BCCX) Bleatsoe Correctional County Correctional Complex, I informed unit Manager Buddy Davis of some very detrimental and unprofessional behavior on part of one of his employees (IRC) Inmate Relations Counselor Jerry Clark who I was feeding information to Concerning issues illegal in conduct (IRC) Jerry Clark became aware that I had a forbidden relationship with a staff member and informed me that she was seeing a few other inmate's Jerry Clark then told me of his personal dealings with the Bloods and his dealings with one of my former associates, This became a tit for tat relationship I would keep his business secret and still pump information to him (Jerry Clark) and he wouldn't report me and the female staff member, Jerry Clark then told me of another informant he was fond of that was also seeing sexually another this female. with this incident that occurred, when I approached the other inmate, He then went and told Clark; IRC Jerry Clark went to his Blood connection and specifically told them that I said that the Bloods were going to harm his other informant; I was Surrounded & interrogated by several Known & Confirmed Bloods
(See Attachment)

4

Cont.

and my life, was threatened; myself and these Blood affiliates approached IRC Jerry Clark for Confirmation that I never said the Bloods were involved and Jerry Clark clearly stated "Oh, my bad I thought you told me the bloods was going to get my guy," He said this to me, denying having said that, But revealing to a notorious Gang that I was his source of information. I spoke to Buddy Davis first and he assured me that he would handle the situation. No more incidents occurred for a couple of weeks, Then my muslim Brothers called for a hearing on me, As IRC Jerry Clark revealed To them that I was his informant and that I had plans of harming one of his associates about a female staff member. So I went to Cpt. D. Baker about the situation and he told me that his was shift supervisor over 2nd shift and that IRC Clark was 1st shifts problems, But he would look into it, to no avail. I was punished (Banned) by the muslim Community, So as not to attend any Islamic services or greet the brothers for 90 days, I was Silenced. Still I then went Back to Buddy Davis and Cpt. D. Baker again to no avail. On May 7, 2015 at approx 1:48pm I Saw IRC Jerry Clark who Smirked and said that his (Clark's) feet are bigger And he wasn't going to allow a Snitch to harm or Cause to be harmed anyone he trusts especially not over a "Stinking Sloppy Second female. On May 8, 2015 at approx. 11:48 Am or 10 til 12 oclock I Confronted Sgt. Brown in front of the I-Building and had another conversation with Sgt. Brown about IRC. Jerry Clark and I made it Clear that IRC Clark and myself (Monolito B. Cooper) have a history of bad blood between us.

(5)

such acts as reported to Cpt. W. Bekar, Unit manager Buddy DAVis and to Sgt. Brown (2nd Shift-Sgt.) pertaining to the fact that IRC Jerry Clark was attempting to have known and violent gang members to harm him (monolito Cooper 217221) which is purposeful neglience on part of IRC Jerry Clark and could constitute deliberate indifference as IRC Jerry Clark was the actual culprit of the perceived threat to the plantiff's safety & well-being. The plantiff being illiterate to the law or having being an unlearned layman in the law has attempted to the best of his ability to formulate the events that led to his assault by the hands of IRC Jerry clark and C/o DAVid Patterson while I was subdued and cuffed behind my back with no means of resisting, Even if I attempted to.

## Statement of facts

(1) while on the previous week prior to May 8, 2015, I spoke to unit manager Buddy DAVis pertaining to IRC Jerry Clark openly in a housing unit telling known (Bloods) gang members I was a snitch; Buddy DAVis being the unit manager has further in prior issues used confidential information I (monolito Cooper) provided; unit manager Buddy ~~Clark~~ DAVis failed in the proper procedures and policies and failed to follow chain of command when there's information provided that Staff is involved in illegal activities which show a careless disregard for Tennessee Department of Correction policies and violates State law, Having been given information that a Correctional officer working under the unit managers (Buddy DAVis) supervision has placed an inmate's

(6)

life in jeapordy or peril, Buddy Davis fail to properly turn the information over to internal affairs to properly be investigated.

Buddy Davis knew of the threat and of Inmate Relation Counselor's Jerry Clark's involvement and the violation of institutional policies and the implications of A drug connection in violation of State law where known Gang Affiliates were using Staff to bring/introduct illegal drugs into the facility and Buddy Davis been made Aware of this fact and other factors.

Buddy Davis has indirect participation in these issues of violation of United States Constitutional Amendments, Amendment (VIII) Right, where Buddy Davis had the Authority to prevent the violation of rights by following the proper protocol and Chain of Command as he (Buddy Davis) was made aware of the problems of A personal & Criminal nature between the plantiff, Monolita Cooper 217221 and Inmate Relations Counselor Jerry Clark.

②) Sgt. Brown of BCCX 2ⁿᵈ Shift Sgt.

On May 8, 2015 the day of the assault Sgt. Brown was informed of the threat posed by Inmate Relations Counselor Jerry Clark for Approximately fifteen (15) minutes the plantiff explained to Sgt. Brown the Same issues he discussed with Buddy Davis and Sgt. Brown informed me he would speak to Inmate Relations Counselor Jerry Clark later on the afternoon of May 8, 2015, where on the 8ᵗʰ of May 2015, Inmate Relations Counselor Jerry Clark became hostile and belligerent in Housing unit 25 at BCCX and made unprofessional and threatening gestures before Slamming the unit 25 A door, Sgt. Brown was informed of this behavior by IRC Jerry Clark and Sgt. Brown further failed to follow the Chain of Command when

these threatening behaviors was Brought to Sgt. Brown's attention.

③ Cpt. Daniel Baker - On May 8, 2015 during insulin Diabetic Call at approx. 5.10 p.m. or sometime before this, Cpt. Daniel Baker was informed by the plantiff that he (monolito Cooper) was having serious problems with one of his (Cpt. Daniel Baker's) officer's, When the situation was repeated to Cpt. Baker whom is the Shift Supervisor, He (Cpt. Baker) waved me off and stated that issue was a unit management problem not his. Cpt. Baker's disregard of the Allegations made violates policy and criminal law, Because the end result is that Inmate Relations Counselor Terry Clark and Correctional officer assaulted the person of the plantiff (monolito Cooper); Correctional officer DAVID Patterson And inmate Relations Counselor Jerry Clark used excessive force against the person of (monolito Cooper) the plantiff while (monolito Cooper) was handcuffed behind his back and pyschically being held on either arm by IRC Clark and C/o Patterson. Cpt. D. Baker is further responsible As he was informed minutes before the actual assault of the threat to the plantiff (monolito Cooper) by Inmate Relations Counselor Terry Clark.

④ Terry Clark - On May 8, 2015 at approximately 5:50 pm, The plantiff (monolito Cooper) was sitting at a table playing poker, Previously the plantiff (monolito Cooper) asked the unit Pod officer at approximately 5:20pm to Call the yard Sgt. So he (monolito Cooper) could speak to him, At approximately 5:50 pm May 8, 2015, Inmate Relations Counselor Terry Clark, C/o David Patterson & C/o Slatton entered the unit 25 A and was Searching for an alleged disturbance, in that

(8)

particular unit, Finding no disturbance, (IRC) Jerry Clark saw the plantiff playing cards and immediately took out his cuff's and told the plantiff (monolito Cooper) to cuff up, when asked for; what; the plantiff was told that he was getting locked down for Creating a disturbance. The yard sgt, Sgt Morris came into unit 25A at Bccx and I was taken to the Core area of unit 25A (BCCX) Bledsoe County Correctional Complex, There I explain I requested to see yard sgt Morris about the allowance of the muslims praying in the multipurpose storage area, Sgt Morris said since Jerry Clark is part of the unit management team he was not going to undercut his officers and told Clark to make the call if I should go to segregation. Clark immediately placed cuff's on (monolito Cooper) the plantiff as tight as he could and C/o David Patterson grabbed the right arm, As IRC Jerry Clark grabbed my left arm & Escorted me from the unit 25A core area. The plantiff (monolito Cooper) began talking in a loud voice that he was going to reveal all of IRC Clarks illegal activities and that Jerry Clark was placing the plantiff (monolito Cooper) in segregation was personal.

upon making it to the Core door to unit 21, IRC Jerry Clark began adding pressure to the left arm and telling me (monolito Cooper) to shut up; while C/o David Patterson began twisting my fingers of my right hand while using his boot to kick me in the back of my legs. I was not resisting as I was cuffed behind my back, There's no threat to IRC Jerry Clark's of C/o David Patterson's person's nor was there even A threat perceived to either of these officer's safety or well-being.

(9)

The twisting of the arm and forearm of the plantiff was a deliberate, intentional, malicious and sadistic act perpetrated to cause harm to the person of the plantiff (monolito Cooper)(see attached hospital Record of incident) After having completely disfigured the plantiff's arm, wrist, and fingers and several John Doe officers enter into the core area of 21 unit, Only then was the plantiff still screaming loudly and cursing brought to the segregation unit.

A couple of hours later a BCCX contract nurse come with a sgt with a camera and took pictures of my wrist and fingers and documented my statement by video camera. I was then taken to (CMC) Crossville medical center, A couple of hours after being seen by BCCX nurse

⑤ Warden Doug Cook - After the assault on the person of the plantiff, Warden Doug Cook was made aware of the issues that led up to the assault perpetrated by IRC Jerry Clark and C/O Patterson along with other issues, A Copy of the envelope was made with the Date attached to try to safeguard the fact the warden was informed to no Avail.

⑥ Bart Boyd - Also being the warden of security stated in person, he doesn't know what happened That's an Internal Affairs Issue, He further approved a legal visit with an legal advisor who is not at this facility and has not been for some time. Being warden of Security he knew and attempted to hinder my Pursuits    (10)   of Civil Action.

⑦ Robert Stith - was made aware of the illegal Activities perpetrated by Inmate Relations Counselor Jerry Clark and that a mental health Therapist who was sleeping or having sexual relations with inmates. Sgt. Robert Stith of Internal Affairs was further made aware of false Accusations by another staff member IRC Jeffery Breeding. Evidence showed the plantiff could not have been guilty of infractions of Possession of a deadly weapon and Contraband; And there was evidence that false Statements, and fabricated evidence was introduced and evidence that a inmate advisor without the discretion of his Supervisor was signing or forging signatures on Disciplinary Dispositions.

Further, when Sgt. Robert Stith was informed that disciplinaries was in retaliation for telling on Inmate Relations Counselor Jerry Clark Sgt. Stith merely walked away.(Documents attached to prove no knowledge of items allegedly found) Sgt. Stith after discovering items (panties) in an inmate's cell based off of my information concerning IRC Jerry Clark protecting the illegal interest of Gang members & allowed a Colleague to have intercourse with several inmates and such causing Serious threats to the plantiff, Sgt. Stith nor Anyone from the BCCX Internal Affairs division have further investigated or tried to remedy the Constitutional violations.

⑧ Jeffery Breeding - Alleged that he searched the property of the plantiff (monolito Cooper) and the plantiff's brothers property on May 11, 2015 at 7.35 pm while in the I-Building and allegedly having found a sharpened toothbrush and A nano-I-pod, Contrary to Jeffery Breedingo account, The plantiff

(11)

has documentation showing that IRC Breeding did intentionally make fraudlent accusations, because the plantiff contends that he was in possession of his property while he was being housed in the Bledsoe Co. Corr. Complex Clinic and that IRC Breeding did not at any time have access to the plantiff's property as the plantiff had possession of said property on May 9, 2015.

The plantiff further contends that his brother's (Zephaniah Cooper 336376) property was left unattended in the I-Bldg for more than four days, Inmates as well as staff had access to said properties.

IRC Jeffery Breeding having falsified an official document has deprived the plantiff of the limited liberties enjoyed by prisoners and has caused a family strain and emotional and mental Anguish on the plantiff whom is being treated by mental health for depressive disorder, Bipolar, Anxiety, Post-Traumatic Stress Disorder (PTSD).


9.) Sgt. Burgess - Disciplinary Chairman was made aware that the plantiff was not guilty by Internal Affairs Sgt. Marcy Greer. There was no disposition for A hearing; No evidence of a disturbance that constituted the plantiff being physically subdued behind his back in handcuffs and physical use of force being perpetrated on the person of the plantiff for no other reasons than to maciliously and sadistically cause harm. Sgt. Burgess had an obligation to provide due process for the plantiff; But has violated such process; However, minimal the process Such became insufficient when it was contaminated by & through State's actions of false inculpatory Evidence. The introduction of false evidence within itself violates the Due Process Clause.

After having been assaulted by Jerry Clark and David Patterson while the plantiff was handcuffed behind his back and then having Spoken to the Sgt. of Internal Affairs Robert Stith and having been placed under false pretenses in Segregation, The plantiff informed Robert Stith he was going to file a lawsuit; During this period of time the plantiff's Brother Zephaniah Cooper 336376 was threatened by the Crips at the behest of Jerry Clark; After the initial assault upon my person, I was released from Segregation after 30 days and was placed back in Jerry Clark's Supervision where before I made it to a pod, I was told by the Bloods and the Crips in front of Jerry Clark that I could either leave the compound as my brother did or be carried off.

"In this instance, Jerry Clark is guilty of excessive use of force, Where the Supreme Court has held that when prison officials are accused of excessive use of force physically in violation of the Cruel and unusual Punishment Clauses of the 8th and 14th amendments of the U.S. Constitution and Article I, Sec. 16 of the Tennessee Constitution The core judicial inquiry is whether force was applied in good faith effort to maintain or restore discipline or used to maliciously, and Sadistically to cause harm."

Further Jerry Clark and all other Bccx defendants are deliberately Indifferent not because of being negligent or careless, But because they showed by actions reckless disregard for safety by failing to "Act Reasonably" in response to danger which was initiated by Jerry Clark and attempted by gang members at Jerry Clark's behest.

Then plantiff was then transferred to West Tn. State prison where he had several incompatibles that prior to leaving "Bccx" he informed Doug Cook, warden by way of information inquiry To no avail.

(13)

upon arriving at West Tn. State Prison located in Henning, Tn. The plantiff Monolito Cooper informed an officer at intake that two of the people he filed an incompatible against at Bledsoe Co. Corr. Complex was on the bus and classified to West Tn. State Prison, The plantiff gave copies of his CR-3118 Inmate Inquiry to the warden of (BCCX) Bledsoe Co. Corr. Complex and to Internal Affairs Marcy Greer and Robert Stith and the (STG) Security Threat Group Coordinator had the plantiff to once again fill out the paper work for Incompatibles all of which were filed, The plantiff was placed in Segregation on pending protective Custody, The plantiff went to court on July 3, 2015 and remained there until the last week of July 2015 and was returned to West Tn. State Prison & was immediately placed in protective custody in unit 8 A; The plantiff contends that the trial court in Sullivan Co. Blountville, Tn. entered three orders pursuant to a motion for Sentence Calculation filed with the trial court's District, Each order was specific in nature and dictated that the plantiff was to receive an additional amount of pretrial jail credits and as such is an modification of the plantiff's Sentence Structure each order was entered in Compliance to Tenn. Code Ann. § 40-23-101 (2)(c)(e), The plantiff contends he placed inquiry after inquiry to office of Records at West Tn. State prison, Gail Gaines to no avail, In following the Prisoner Rights Litigation Act (PRLA) The plantiff attempted all avenues of administrative remedies to his Complaints, Even going so far as to file a declaratory order and Several Correspondences to Tn. Dept. of Corr. Sentence Management Dir. Candace Whisman and commissioner Derrick Schofield as well as warden James Holloway and Elizabeth Binkley all to no avail.

Finally after not getting anywhere on the administrative avenue, The plantiff then filed a letter to the Chancery Court in Davidson Co, Nashville, Tn. Whom deemed such Correspondence as a Civil Complaint and the plantiff was ordered to file an affadavit of Indigency and Summons as well as a amended

(14)

Complaint in this matter, The plantiff Did file all said documents on December 14, 2015 and Summons were served on the several defendants in that Cause on February 5, 2016, In Compliance with Tn. Rules of Civil procedure as noted on the Summons served all defendants must serve a response or a defense on the Clerk of the Chancery court and a copy certified to the plantiff or his attorney within Thirty (30) days.

The plantiff Contends that after the summons were served on each defendant, Elizabeth Binkley had told the plantiff that she could no longer help the plantiff and he would have to deal with his time issues at another facility and that the warden was trying to find a prison I could go to that I hadn't filed incompatibles, On February 8, 2016 I sent Warden James Holloway an Inquiry request and told him of my predictament, On February 10, 2016, While doing Inspection Warden James Holloway specifically stated to me he has staff trying to work around my many incompatibles to have me transferred further East, On March 2, 2016 at approximately 7:30 pm I was informed by the unit officer % Grover that I was to pack my property because I was being transferred to South Central Correctional facility where I had at least three incompatibles, % Grover Called the Captain and the Captain checked the Computer and informed the plantiff there had been previous incompatibles in the computer but such was noted that the plantiff said no threat existed any longer from these individuals, This was false information and was clearly in retaliation for filing a Complaint, wherein, South Central Correctional facility by policy of the Tn. Dept. of Corr. is a facility that houses inmates with a sentence extending 10 years and more, The plantiff is serving a five (5) year sentence at 35% Sentence Effective Date July 5, 2011 and for which all purposes in compliance with court orders should've already Expired, But was maliciously and Sadistically placed at a facility where notorious Gang members were housed that had Stabbed the plantiff several

(15)

Times at Northwest Correctional Complex in 2008. The plantiff contends that on March 3, 2016 upon arriving at South Central Correctional facility he did immediately inform the unit Case Manager Jackson that he has incompatibles here that West Tn. State prison had under false pretenses caused to be removed for the purposes of transferring the plantiff to this facility which is very detrimental to the plantiff's safety and well-being, Ms. Jackson asked if I had proof of my allegations and I provided her with several inquiry forms filed months before to the warden at West Tn. State prison and his response. Ms. Jackson then did an investigation and discovered that yes these individuals were housed here and that there had been incidents that prompted the incompatibles been filed, Ms. Jackson then informed the yard Sgt. Senior officer Ms. Gonzales and told her I need to go to HSA on protective Custody; Senior officer Ms. Gonzales refused and sent the plantiff to the compound instead to Appollo B where upon entering the core area then unit manager Ms. Harris was standing in the hallway, The plantiff approached her with his papers and was telling her on the premises he fears for his life he needs protective Custody; At this time, Antonio Hansen one of the plantiff's incompatibles came into the core area and told the plantiff in front of unit Manager Ms. Harris and Counselor Cook that he (Plantiff) can leave the compound or be carried off. Ms. Harris pushed the plantiff into her office and closed the door locking the plantiff in while she attempted to defuse the situation, Ms. Harris then called the Security Threat Group Coordinator to no avail and then called her Supervisor and The plantiff was taken to HSA on protective Custody pending Investigation; On March 10, 2016, unit manager Rhonda Staggs spoke to the plantiff and stated that although I have incompatibles allegedly here the incidents of Assault occurred at another facility and based on this she was denying me protective Custody; On March 12, 2016, I had a seizure of some sort where I had bitten my tongue ~~severly~~ severely and had hit my head where a knot appeared.

16

Medical staff was immediately informed and the plantiff was told to sign up on sick, when he had done so he still was not seen by medical staff, On March 19, 2016 again the plantiff had an episode where he had a violent seizure and reported such again to South Central Correctional Facility Sgt. Brantley and to medical staff to no avail, The plantiff having filled out several requests for sick was vastly ignored as was the plantiff's requests to receive his medications; Federal Courts have defined serious medical needs as: Severe chest pains, HIV, Hepatitis, T.B., dental pain, loss of teeth, Asthma, Diabetes and complications, seizure disorder, serious back pain, neurological disorders, The effects of pepper spray + many mental illnesses including gender identity disorder, Etc. etc....

Finally on March 22, 2016 The plantiff was seen by Chronic Care doctor whom the plantiff told about his seizures; Doctor Coble did not order a cat scan to find the cause of my seizures but instead observed my other ailments "Not being capable of standing over 30 minutes at a time" and entered a Limited Activity Notice (LAN) Indefinitely.

On March 28, 2016, Sgt. Brantley informed the plantiff, That since Mrs. Rhonda Staggs has denied me protective custody I had to be moved to a two man cell, I stated I refuse cell placement on the premises that I fear for my life; Sgt. Brantley said he could care less about my fear and I was going to be placed with a cellmate by will or by force; Because of the mental and emotional stress caused by Sgt. Brantley's threats the plantiff cut his wrist and was sent to suicide, Mental health Seclusion. The plantiff contends that while being in mental health seclusion he discovered that official documents that were given to unit manager Rhonda Staggs was thrown away and Rhonda Staggs denied their existence; However, The plantiff had copies of the originals that were given to Rhonda Staggs and The plantiff filed a greivance on her

(17)

for attempting to hinder the plantiff from sucessfully being placed on protective Custody; On March 11, 2016 prior to any of the following incidents a notarized letter to Warden Cherry Lindamood was sent to the office of the Warden Detailing all events and describing such events that led to said incompatibles to no Avail.

On April 6, 2016, The plantiff was released from mental Seclusion and was told to go to a unit on the compound, Immediately, The plantiff informed Sgt. Swinea that based on the premises he fears for his life he was requesting yet again to be placed on protective Custody, The plantiff was taken to the Clinic for examination and then to HSA-Unit Segregation where he was placed in a very small Closet like room labeled no contact that was devoid of any Chairs or places to Sit and Urine on the floor, This was at 8:50 AM April 6, 2016. Sgt. Brantley was informed by the plantiff that there was a puddle of urine in the floor and that he (the plantiff) needed a chair as he couldn't stand for long periods of time, Sgt. Brantley informed the plantiff, he was going to again place him in a two man cell and again the plantiff invoked his rights and stated I refuse to be housed with an inmate whom poses a threat to my safety and I do so on the premises that I fear for my life and Sgt. Brantley stated well stay in there and I will not feed you and then walked off, The plantiff was deprived lunch and at some point, The plantiff had a seizure and fell in the room banging his head and causing an injury to his left wrist Although not broken, There is extensive nerve damage to the plantiff's hand wrist, Several hours had passed and Sgt. Brantley was then informed that I needed medical attention and he (Sgt. Brantley) said you need to go to the cell with your assigned Cellmate then he will get me some help and I could eat Dinner at least, But as long as I refused the Cell he was not obligated to feed me, get me medical attention, or allow me to use

(18)

the restroom and then he (Sgt. Brantley) walked off again; an hour and a half after dinner had been served the unit manager Rhonda Staggs came and I informed her of the cruel and unusual punishment, The deprivation of food, Medical Attention, and the restroom and she said well you're refusing to go to the cell I've assigned you and until then, just sit in there in that smelly room, The plantiff informed Rhonda Staggs he needed medical attention and he wanted his food and he was refusing to be housed with an inmate when on the premises he feared for his life, Rhonda Staggs stated oh well and walked off.

At 7:00 pm Sgt. Trafton came to work and was with Captain Whitehead after realizing that the plantiff had been in "no contact" for more than nine (9) hours and needed serious medical attention, Against her (Sgt. Trafton) Superior Captain Whitehead's orders called medical which compelled Captain Whitehead to take the plantiff to medical; At medical Captain Whitehead reinserted Officer Sgt. Brantley's threat that I would go in the cell with someone by will or by force. Medical Staff was informed the plantiff was refusing the cell assignment on the premises that he (The plantiff) fears for his life and if he (The plantiff) was forced in a two man cell he would cut his own throat.

And medical staff had the plantiff stripped completely naked and placed in extreme isolation which is by far unconstitutional and as the plantiff had previously been on the medications of Remron which had been discontinued by Dr. Steadman had a very drastic effect on the plantiffs mental state of mind which the discontinuation of such medications is also unconstitutional which should be considered malpractice, negligence and possibly medical battery all from these incidents and from the refusal of medical attention for a number of weeks and then coupled with the cruel and unusual punishment perpetrated by the staff employed by Corrections Corporation

(19)

Of America (CCA) whom is under contract with The Tennessee Department of Corrections (TDOC).

Once Again Deliberate Indifference is shown by medical staff members employed by South Central Correctional Facility, Corrections Corporation of America; when the medical staff observed that the plantiff had a substantial injury to his left side brow area where swelling was evident and swelling and discoloration was also to the plantiff left wrist and hand; where even though the plantiff may have been suicidal immediate medical attention should have been afforded the plantiff, But instead the plantiff a mentally impaired inmate whom suffers from Anxiety Disorder, Bipolar Disorder, Depressive Disorder, and Post Traumatic stress Disorder was merely stripped and placed in extreme isolation where no staff was available for hours at a time; Such gross departures from accepted medical standards or failure to follow professional standards or even prison medical protocols is obvious evidence of the practioners knowledge of the risk posed by particular symptoms or conditions; Having had a seizure and hitting one's head to cause swelling, especially on a patient whom takes blood thinners poses a large risk of serious medical injury.

On April 8, 2016 at approximately 9:15 AM The plantiff was returned from the clinic to HSA and Sgt. Brantley and C/o Bright stated that since the "child molester" wants a single man cell, This is what you (The plantiff) gets, The plantiff retorted I'm not a child molester and then Sgt. Brantley stated you have a sex charge either way, So enjoy your stay in your one man cell, The cell was in HSA - C-108 this cell had no light fixture in the ceiling and where the casing was naked electrical wires were exposed hanging from a hole in the ceiling, The light switch was hanging from the wall by naked electrical wires, The bed was broken in half and the toilet did not flush and was filled with urine + feces + Toilet paper, The plantiff

(20)

Clearly announced his disapproval to C/O Bright and Sgt. Brantley and asked if there was an actual livable cell he could be housed in and both C/O Bright and Sgt. Brantley said this cell is for sex offenders and laughed, Then Sgt. Brantley Said he'll allow (2nd) second Shift to get my property and walked off laughing. The plantiff contends that he did not cause a scene but sat on the desk in the cell with no appliances or mattress or his property for more than (16) sixteen hours, until he couldn't take the smell and punishment any longer and began banging on the door to get staff to call Second Shift Sgt; again Sgt. Trafton was summoned and after being told the conditions of the cell and being unable to see in the cell Sgt Trafton said She was going to call the captain; Apparently, she (Sgt.trafton) was told to assess the situation and by her judgement decide whether to move me or not. Sgt. Trafton and C/O Bridges secured me in handcuffs and Sgt. Trafton was appalled by what she witnessed and told C/O Bridges to move me to B-pod in a livable cell, she then left to report such to the captain.

Because of Sgt. Brantley's treatment of cruel and unusual punishment, there is the fact of mental, emotional, and personal liberty injuries to be considered, unit manager Rhonda Staggs whom ordered the deprivation of food and medical and Restroom is deliberately indifferent and criminally negligent in destroy documents that clearly show a threat of imminent danger and possible death to the plantiff by gang members based on her (Rhonda Staggs) own personal dislike of the plantiff because he's a sex offender and on the fact that the plantiff filed a grievance on her (Rhonda Staggs) So she (Rhonda Staggs) has retaliated against the plantiff in this fashion which would consist of a hate crime by attempting to have harm to come to a inmate (the plantiff) based on his charge and in retaliation for exercising his written constitutional rights to use the prison grievance system.

(21)

Further warden Cherry Linchmood and commissioner Derrick Schofield being informed of the activity & dangers are deliberate indifferent as the defendants from BCCX, WTSP, SCCF, CCA are.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In this cause every defendant cited in this complaint is being sued for ~~these~~ as such emotional, mental, personal Liberty and family hardships are all injuries as well as physical injuries acquired at Bledsoe Co. Corr. Complex while the plantiff was securely handcuffed behind his back West Tn. State prison Defendants for maliciously & sadistically placing the Plantiff's life in danger by using fraudalent actions in removing incompatibles merely to get the plantiff placed at another facility in retaliation for filing A civil suit, South Central defendants for medical negligence, Deliberate indifference Cruel & unusual punishment, fraud, Criminal liability and all other relief this court deems essential. The plantiff is Suing in the total amount of ($1,000,000.00) one million Dollars. for the actions of hate crimes and all other injuries done to the plantiff since his incarceration at these facilities.

Page 5 of 6