IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MONOLITO B. COOPER,                )
                                   )
    Plaintiff,                     )
                                   )
VS.                                )     No. 16-2305-JDT-cgc
                                   )
TENNESSEE DEPARTMENT OF            )
CORRECTION, ET AL.,                )
                                   )
    Defendants.                    )

ORDER DISMISSING CASE WITHOUT PREJUDICE

On May 6, 2016, the *pro se* Plaintiff, Monolito B. Cooper, filed a civil complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) At the time, Plaintiff was a prisoner in the custody of the Tennessee Department of Correction ("TDOC") at the South Central Correctional Facility in Clifton, Tennessee. The Court issued an order on May 12, 2016, granting leave to proceed *in forma pauperis* and assessing the civil filing fee pursuant to 28 U.S.C. §§ 1915(a)-(b). (ECF No. 4.) That order also directed Plaintiff to immediately notify the Court of any changes of address and warned that failure to do so could result in dismissal of this action without further notice. (*Id.* at 3.)

The TDOC Felony Offender Information website indicates that Plaintiff is no longer in state custody. *See* https://apps.tn.gov/foil-app/search.jsp. However, Plaintiff has submitted no change of address.

The most basic responsibility of a litigant is to keep the Court advised of his whereabouts. Plaintiff was directed to do so in the May 12, 2016, order but has failed to notify the Court of his current address. Therefore, it appears Plaintiff has abandoned this action. Accordingly, this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's order.

It is also CERTIFIED, pursuant to Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE